In the Matter of Supplementary Proceedings: CHRISTIE B. GARLASCO, Judgment Creditor, Respondent, v. HARRY PALTROWITZ, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CAINE, Relator, Appellant, v. HARRY T. ASHWORTH, Warden, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

IDA RINDERMAN, Respondent, v. CHARLES RINDERMAN, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

J. F. WATERS MOTOR SALES CORP., Appellant, v. SARAH KENNY, Doing Business as JOMA MANUFACTURING Co., Respondent, JAMES F. WATERS MOTOR SALES CORP., Impleaded Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of DAVID I. WOLFSTEIN and Another, as Executors, etc., of ALBERT MAYER, Deceased, Petitioners, Respondents, for an Order for the Inspection of the Books of LOVEMAN, JOSEPH & LOEB, against LOVEMAN, JOSEPH & LOEB, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of ETHEL A. BELINKY, Petitioner, Respondent, for an Order for the Inspection of the Books of MARINE METAL AND SUPPLY COMPANY, INC., Pursuant to Article 78 of the Civil Practice Act, against MARINE METAL AND SUPPLY COMPANY, INC., a Domestic Corporation, Appellant.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer the amended petition within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ETHEL MARSDEN and FREDERICK MARSDEN, Appellants, v. ARDEA REALTY CORP., CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., SERVEL, INC., and ELECTROLUX REFRIGERATOR SALES, INC., Respondents.— Judgment in favor of the defendants Servel, Inc., and Electrolux Refrigerator Sales, Inc., unanimously affirmed, with costs to said respondents. Judgment in favor of the defendants Consolidated Edison Company of New York, Inc., and Ardea Realty Corporation reversed as to those defendants, the action severed and a new trial ordered, with costs to the appellants to abide the event. The evidence as to contributory negligence of the plaintiff Ethel Marsden and the negligence of the defendants Consolidated Edison Company of New York, Inc., and Ardea Realty Corporation raised issues of fact which should have been submitted to the jury. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Dore, J., dissent and vote to affirm.